1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  JULIET B. HALEY
   Deputy Attorney General
5  MOONA NANDI
   Deputy Attorney General
6  State Bar No. 168263
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-7004
    Telephone: (415) 703-5962
8   Fax: (415) 703-1234
    Email: moona.nandi@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MANSE SULLIVAN,** | C 07-03020 JW (PR) |
| Petitioner, | |
| v. | |
| **WARDEN,** | |
| Respondent. | |

**APPLICATION FOR CLARIFICATION OF ORDER TO SHOW CAUSE**

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
JULIET B. HALEY
Deputy Attorney General
MOONA NANDI
Deputy Attorney General
State Bar No. 168263
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5962
  Fax: (415) 703-1234
  Email: moona.nandi@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MANSE SULLIVAN,**<br><br>                              Petitioner,<br><br>    v.<br><br>**WARDEN,**<br><br>                              Respondent. | C 07-03020 JW (PR)<br><br>**APPLICATION FOR CLARIFICATION OF ORDER TO SHOW CAUSE** |

Petitioner Manse Sullivan is under civil commitment as a sexually violent predator pursuant to California Welfare and Institutions Code section 6600 et seq. His petition for writ of habeas corpus alleges: (1) "Not one of the experts have put forth supporting facts to the proper use of the DSM-IV-TR," Petn. at 14; (2) "The Court has a mandated duty to enforce the law be it for or against respondent and has failed to adhere to the plain and ordinary meaning of the statutory enactment," Petn. at 19; and (3) "The Court must absolve respondent from the current process where six years has elapsed, and the findings have not changed and a mental disorder has been proven," Petn. at 30. The basis for all three arguments appears to be that petitioner cannot properly be committed based on a diagnosis of paraphilia NOS. On November 7, 2007, this Court issued an order to show cause (OSC) on the instant petition. The order states: "Petitioner claims that the

BPH's November 18, 2002, decision finding him not suitable for parole denies him the terms and benefits of his plea agreement and thereby violate due process and equal protection." OSC at 2. Because the description of the claim in the OSC does not appear to correspond to any of the claims made in the petition, respondent respectfully requests that the Court clarify which claims, if any, it is requesting respondent to answer, and grant respondent an appropriate amount of time from the issuance of the new order to file a responsive pleading.

Dated: December 3, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

JULIET B. HALEY
Deputy Attorney General

/s/ Moona Nandi

MOONA NANDI
Deputy Attorney General

Attorneys for Respondent

MN:ng
SF2007403163

APPLICATION FOR CLARIFICATION OF OSC - C 07-03020 JW (PR)

2

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name: **Sullivan v. Warden**

No.: **C 07-03020 JW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>December 3, 2007</u>, I served the attached **MOTION FOR CLARIFICATION OF ORDER TO SHOW CAUSE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Manse Sullivan
C-000425-9
Coalinga State Hospital
P.O. Box 5003
Coalinga, CA 93210

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 3, 2007, at San Francisco, California.

|   Nelly Guerrero   | /s/ Nelly Guerrero |
|:---:|:---:|
| Declarant | Signature |

40192739.wpd