Manse Sullivan
C-000425-9 / Unit #3
Coalinga State Hospital
P. O. Box 5003
Coalinga, California 93210

Moona Nandi
Deputy Attorney General
State Bar No. 168263
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

FILED
2007 DEC 12 P 3: 22  Original
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CAlIFORNIA

MANSE SULLIVAN,
    Petitioner,

vs.

WARDEN,
    Respondents.

Case No. C-0703020 JW (PR)

PETITIONER OBJECTS TO RESPONDENT'S MOTION: APPLICATION FOR CLARIFICATION OF ORDER TO SHOW CAUSE

Comes Now Petitioner, Manse Sullivan, a civil detainee whose incarcerated pursuant Welf. & Inst. Code §6604, and pursuant Senate Bill (SB 1128, §55) Chaptered as Stats 2006 ch. urgency Legislation, at Coalinga State Hospital is moving pro se in the above entitled matter objects to Respondents motion "APPLICATION FOR CLARIFICATION OF ORDER TO SHOW CAUSE.

Petitioner asserts that the request lacks the proper foundation for such a clarification; or, for an extension of time to respond to the issurance of a New Order from the Court.

Petitioner allege that the Respondent's contention that

- 1 -

1 | the Order to Show Cause (OSC) is not clear is without merit.
2 | Whereas, Respondent's motion that was filed on December 03,
3 | 2007, has failed to establish that there is an error with
4 | the Court's (OSC) as stated by Respondent's motion on Pg.
5 | One, Line 28; Pg. Two, Lines 1-2, of their request, which
6 | asked for further clarification of the (OSC).
7 |    Therefore, Petitioner declares that the Court's Order
8 | issued on November 07, 2007, should be adhered to as
9 | previously instructed by the Court, and Respondent's request
10 | should be denied in its entirety.
11 |    I declare under penalty of perjury that the aforementioned
12 | is true and correct.
13 |
14 | Dated: December 07, 2007.
15 |                           Respectfully submitted,
16 |                           [signature]
                          Manse Sullivan
17 |                           Petitioner
18 |
19 |
20 |
21 | ////
22 | ////
23 | ////
24 | ////
25 | ////
26 | ////
27 |
28 |

# PROOF OF SERVICE BY MAIL

I, __Manse Sullivan__, declare:

I am, and was at the time of the service hereinafter mentioned, over the age of 18 years and not a party to the above-entitled cause. My (residence or business) address is __C-000425-9 / unit #3, Coalinga State hospital, P. O. Box 5003, Coalinga, California 93210__,

and I am a resident of, or employed in, __Frenso__ County, California.

On the date of __December 07, 2007__ I served the

__PETITIONER OBJECTS TO RESPONDENT'S MOTION: APPLICATION FOR CLARIFICATION OF ORDER TO SHOW CAUSE__

(exact title of document(s) served)

by depositing a copy of the document(s) in the United States mail at

(location) __Coalinga State Hospital__ (city) __Coalinga__,
__Frenso__ County, California in a sealed envelope, with postage fully prepaid, addressed as follows: (In the space below insert the name and mailing address of each person you are serving with these documents. If the person is a party to the action or an attorney for a party, indicate that with the address).

Clerk of the Court
United States district court
Northern District of California
280 South First Street, Rm. 2112
San Jose, California 95113-3095

Moona Nadi
Deputy Attorney General
State Bar No. 168263
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004

At the time of mailing there was regular delivery of United States mail between the place of deposit and the place of address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: __Dec. 07, 2007__

_Manse Sullivan_
(Signature of person mailing)

__Manse Sullivan__
(Name of person mailing, typed or printed)