Manse Sullivan
C-000425-9 / unit #3
Coalinga State Hospital
P. O. Box 5003
Coalinga, California 93210

BAKERSFIELD CA 933
MOJAVE CA
10 DEC 2007 PM 3 T



**CONFIDENTIAL LEGAL MAIL**

Clerk of the Court
United States District Court
Northern District of California
280 South First Street, Rm. 2112
San Jose, California 95113-3095

95113+3008