IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSE SULLIVAN,<br><br>    Petitioner,<br><br>vs.<br><br>WARDEN,<br><br>    Respondent. | No. C 07-03020 JW (PR)<br><br>ORDER GRANTING CLARIFICATION OF ORDER TO SHOW CAUSE<br><br>(Docket No. 5) |

Good cause appearing, respondent's motion for clarification of the November 7, 2007 Order to Show Cause is GRANTED. Within ninety days of the date this order is filed, respondent is hereby ordered to SHOW CAUSE why the petition for a writ of habeas should not be granted based on petitioner's cognizable claims that: his right to due process was violated insofar as the diagnosis of his "mental disorder" is "false' and, as a result, there is insufficient evidence to support his continuing confinement under California's Sexually Violent Predators Act (Cal. Welf. & Inst. Code § 6600, et seq. All other provisions of the November 7, 2007 Order to Show Cause not inconsistent with this order remain in effect.

This order terminates Docket No. 5.

DATED: January 7, 2008

JAMES WARE
United States District Judge

Order Granting Clarification of OSC
G:\PRO-SE\SJ.JW\HC.07\Sullivan03020_clarifyosc.wpd