# CALIFORNIA APPELLATE COURTS
## Case Information



Welcome
Search
E-mail
Calendar
Help
Opinions

C|C home

## 6th Appellate District

Change court

Court data last updated: 04/14/2008 01:05 PM

**Case Summary   Docket   Scheduled Actions   Briefs
Disposition   Parties and Attorneys   Trial Court**

### Docket (Register of Actions)

**The People v. Sullivan**
Case Number **H031007**

| Date | Description | Notes |
|---|---|---|
| 12/21/2006 | Notice of appeal lodged/received (criminal). | |
| 12/21/2006 | Counsel appointment order filed. | |
| 12/26/2006 | Court reporter extension granted. | CSR: White, Sandra Sue (6329) Extended Due Date: 03/05/2007 |
| 01/02/2007 | Court reporter extension granted. | CSR: Pettengill, Jill Still (5285) Extended Due Date: 02/05/2007 per signed acknowledgment |
| 01/11/2007 | Recommendation of counsel by SDAP filed. | Atty Hilda Scheib for the appellant. |
| 02/06/2007 | Telephone conversation with: | Joyce, Csr Jill has handed in transcript. |
| 02/14/2007 | Telephone conversation with: | Marty, Csr Plancarte has handed in transcript |
| 03/06/2007 | Telephone conversation with: | Marty, Csr White has not turned in transcript. Csr White will turn in transcript on 3/9/07 |
| 03/09/2007 | Telephone conversation with: | Joyce, Csr White has turned in transcript |
| 03/13/2007 | Record on appeal filed. | C-1, R-8 |
| 03/13/2007 | Record in box. | |
| 03/13/2007 | Sealed document filed********* | Medical records |
| 04/24/2007 | Default sent to court appointed counsel. | |
| 05/09/2007 | Granted - extension of time. | |
| 06/25/2007 | Telephone conversation with: | Atty Schieb has sent in her ext req |
| 06/27/2007 | Granted - extension of time. | |

| | | |
|---|---|---|
| 07/20/2007 | Telephone conversation with: | Atty Schieb will have brief in on MONDAY |
| 07/23/2007 | Telephone conversation with: | Atty Scheib sent request ext. of time Fed-ex today |
| 07/24/2007 | 8.340 letter received from: | attorney Scheib |
| 07/27/2007 | 8.340 letter received from: | atty Scheib (adding written & oral proceedings of 5/9/07) |
| 08/01/2007 | Certificate of county clerk filed. | In response to the 2 CRC 8.340 letters received by counsel, please note that the rt requested are for dates that occurred after completion of the record. |
| 08/10/2007 | 8.340 letter received from: | (entitled amended notice) requesting RTs for 4/25/06 & 5/9/06 & clerk's minutes for those two dates |
| 08/14/2007 | Notice to reporter to prepare transcript. | for 4/25/06 & 5/9/06 hearings augmentation, dated 08/13/07 |
| 08/28/2007 | Certificate of county clerk filed. | clerk's minutes from 4-25-06 and 05-09-06 were included in the initial record at pages 168 and 170 |
| 08/28/2007 | Filed augmented record pursuant to rule 8.340. | R-2 ( hearing of 4/25/06 and 5/09/06 |
| 09/13/2007 | Telephone conversation with: | Atty Hilda Scheib sent AOB Fed-ex today |
| 09/14/2007 | Appellant's opening brief. | |
| 10/12/2007 | Granted - extension of time. | |
| 11/15/2007 | Granted - extension of time. | |
| 12/14/2007 | Requested - extension of time | |
| 12/18/2007 | Granted - extension of time. | |
| 01/15/2008 | Respondent notified pursuant to rule 8.220 (a)(2). | |
| 02/04/2008 | Respondent's brief. | |
| 02/20/2008 | Granted - extension of time. | |
| 03/20/2008 | Appellant's reply brief. | |
| 03/20/2008 | Case fully briefed. | |
| 03/24/2008 | Received letter from: | ag, re additional cite |
| 04/03/2008 | Filed additional cites for oral argument. | |

Click here to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California