1  Manse Sullivan
   C-000425-9 / Unit MA-1
2  Coalinga State Hospital
   P. O. Box 5003
3  Coalinga, California 93210

4  Moona Nandi
   Deputy Attorney General
5  455 Golden Gate Avenue, Suite 11000
   San Francisco, California 94102-7004



Original FILED MAY 27 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MANSE SULLIVAN,  )
       Petitioner,  )   C-07-03020 JW (PR)
                    )
vs.                 )   MOTION FOR AN EXTENSION OF TIME
                    )
Warden,             )
       Respondent.  )
_____)

Comes Now Petitioner, Manse Sullivan, a civil detainee pursuant Welf. & Inst. Code. 6600. et seq., whose being held at Coalinga State Hospital, California, in the above entitled matter on petition for writ of habeas corpus states the following facts:

On November 7, 2007, this Court issued an Order to show cause to the instant petition on writ. In the order, Respondent was given an extension of time upto April 18, 2008, in order to respond to the petition for writ of habeas corpus, and Petitioner was given Thirty-days to answer with his Traverse--the date to expire on the 18th of May 2008.

Although the length of time of (30) thirty-days is a sufficient

- 1 -

amount, Petitioner argues that because of the recent operation on his lower back, which occurred May 3, 2008, has prevented him from meeting the deadline as ordered. Whereas, after the operation Petitioner was held at the hospital until May 21, 2008, past the required deadline for the submission of a reply. [See, Exhibit "A"; Medical reports of the surgery that was performed]

In light of the aforementioned, Petitioner is requesting a length of (30) thirty-days to prepare a reply to Respondents, which Petitioner believes that the thirty-days is an appropriate amount of time for medical healing on his back, and time enough to fashion a argument to Respondents.

Petitioner declare under penalty of perjury that the above foregoing is true and correct.

Dated: May 21, 2008.

Respectfully submitted,

*Manse Sullivan*
Manse Sullivan
Petitioner

////
////
////
////
////
////

# PROOF OF SERVICE BY MAIL

I, __Manse Sullivan__, declare:

I am, and was at the time of the service hereinafter mentioned, over the age of 18 years and not a party to the above-entitled cause. My (residence or business) address is __C-000425-9 / Unit MA-1, Coalinga State Hospital, P. O. Box 5003__

__Coalinga, California 93210__,

and I am a resident of, or employed in, __Frenso__ County, California.

On the date of __May 21, 2008__ I served the

__MOTION FOR AN EXTENSION OF TIME__

_____

_____

(exact title of document(s) served)

by depositing a copy of the document(s) in the United States mail at

(location) __Coalinga State Hospital__, (city) __Coalinga__,

__Frenso__ County, California in a sealed envelope, with postage fully prepaid, addressed as follows: (In the space below insert the name and mailing address of each person you are serving with these documents. If the person is a party to the action or an attorney for a party, indicate that with the address).

Clerk of the Court  
United States District Court  
Northern District of California  
280 South First Street, Rm. 2112  
San Jose, CA 95113-3095

Moona Nandi  
Deputy Attorney General  
455 Golden Gate Ave., Suite 11000  
San Francisco, California 94102-7004

At the time of mailing there was regular delivery of United States mail between the place of deposit and the place of address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: __May 21, 2008__

_____  
(Signature of person mailing)

Manse Sullivan  
(Name of person mailing, typed or printed)

EXHIBIT "A"
MEDICAL REPORT OF OPERATION ON BACK

EXHIBIT "A"

# Sierra Vista
Regional Medical Center

Tenet California

www.sierravistaregional.com



**Sierra Vista Regional Medical Center**
1010 Murray Avenue
San Luis Obispo, CA 93405
Main Hospital
(805) 546-7600
Emergency Dept.
(805) 546-7650

## EXITCARE® PATIENT INFORMATION

Patient Name: MANSE SULLIVAN
Attending Physician: SEGAL HAROLD D

# Lumbar Laminectomy, Care After Surgery

You have had a *laminectomy* (entire lamina removed) as a treatment for your back problem. This procedure involves removal of bone to relieve pressure on nerve roots. The time spent in surgery depends on the findings found in surgery and what is necessary to correct the problems.

HOME CARE INSTRUCTIONS

- Check the *incision* (cut by the surgeon) twice a day for signs of infection. Some signs may include a foul smelling, greenish or yellowish discharge from the wound, increased pain, or increased redness over the *operative* (incision) site. There may also be an opening of the incision, flu-like *symptoms* (problems), or a temperature above 101.5° F (38.6° C).
- Change your bandages in about 24 to 36 hours following surgery, or as directed.
- You may shower once the bandage is removed, or as directed. Avoid bathtubs, swimming pools, and hot tubs for three weeks or until your incision has healed completely. If you have *sutures* (stitches) or staples, they may be removed 2 to 3 weeks after surgery, or as directed by your doctor.
- Follow your doctor's instructions as to safe activities, exercises, and physical therapy.
- Weight reduction may be helpful if you are overweight.
- Daily exercise is helpful to prevent the return of problems. Walking is permitted. You may use a treadmill without an incline. Cut down on activities and exercise if you have discomfort. You may also go up and down stairs as much as you can tolerate.
- DO NOT lift anything heavier than 10 to 15 lbs. Avoid bending or twisting at the waist. **Always** bend your knees.
- Maintain strength and range of motion as instructed.
- Do not drive for 2 to 3 weeks, or as directed by your doctor. You may be a passenger for 20 to 30 minute trips. Laying back in the passenger seat may be more comfortable for you.
- Limit your sitting to 20 to 30 minute intervals. You should lie down or walk in between sitting periods. There are no limitations for sitting in a recliner chair.
- You may use acetaminophen (Tylenol®) or ibuprofen (Advil® or Motrin®) as needed for pain and *inflammation* (soreness) **if your doctor has not given medications that would interfere with this.**

SEEK MEDICAL ATTENTION IF:
- There is increased bleeding (more than a small spot) from the wound.
- You notice redness, swelling, or increasing pain in the wound.
- Pus is coming from wound.
- An unexplained oral temperature above _____ develops.
- You notice a foul smell coming from the wound or dressing.
- You have increasing pain in your wound.

## SEEK IMMEDIATE MEDICAL ATTENTION IF:
- You develop a rash.
- You have difficulty breathing.
- You have any allergic problems.

## FOLLOW-UP INSTRUCTIONS

3 weeks: Harold Segal, MD - 140 Casa Street  San Luis Obispo CA 93405-    (805)543-4319

Document Released: 12/18/2006 Document Re-Released: 6/11/2007

**Signature acknowledges that Patient and/or Guardian has received these instructions and understands them.**

Patient or Guardian Signature       Date/Time       Witnessed & Instructed by       Date/Time

©2008 ExitCare, LLC        4/4        5/17/2008 10:28:12 AM

ExitCare® Patient Information - MANSE SULLIVAN - ID# 011028669 - MR# 000660947

# Sierra Vista
## Regional Medical Center
Tenet California

www.sierravistaregional.com



**Sierra Vista Regional Medical Center**
1010 Murray Avenue
San Luis Obispo, CA 93405
Main Hospital
(805) 546-7600
Emergency Dept.
(805) 546-7650

## EXITCARE® PATIENT INFORMATION

**Drug Summary:**

For your information, the following drug information sheets **were given to you while at our facility:**
CIPRO (CIPROFLOXACIN - ORAL), VICODIN (HYDROCODONE/ACETAMINOPHEN-ORAL), LACTULOSE - ORAL
Drug Allergies: None Entered

ExitCare® Patient Information - MANSE SULLIVAN - ID# 011028669 - MR# 000660947

# Sierra Vista
## Regional Medical Center
Tenet California

www.sierravistaregional.com



**Sierra Vista Regional Medical Center**
1010 Murray Avenue
San Luis Obispo, CA 93405
Main Hospital
(805) 546-7600
Emergency Dept.
(805) 546-7650

## EXITCARE® PATIENT INFORMATION
## MED SURG DISCHARGE INSTRUCTION SUMMARY

**Patient Information**
Patient Name: MANSE SULLIVAN
Sex:
DOB: 09/29/1949
Address: PO BOX 5001, , COALINGA, CA, 93210-5808
Telephone Number: (559)935-4309

**Visit Information**
Discharge Date/Time: 5/17/2008 / 10:28:12 AM
Provider: SEGAL HAROLD D
Other Providers:
David Palchak, MD (Hematoma)

**Diagnosis/Impression:**

**Discharge Instruction Sheets Provided:**
Hematoma
Lumbar Laminectomy, Care After Surgery

**Patient Instructions:**

Additional Notes for Hematoma
Return to Coalinga State Hospital Medical Unit.

Resume your usual diet

Progress activity as tolerated following Back Precautions Handout given to you by Physical Therapy. Wear elastic abdominal binder at all times while in bed. Wear back brace at all times while walking.

OK to shower.

See Medication continuum provided for current medications.

Follow up with Dr Segal as ordered above and follow up with your Primary Care Physician in 1 week to assess bowel regime.

**Followup Appointments/Instructions:**
Primary Follow-up Information
3 weeks: Harold Segal, MD - 140 Casa Street  San Luis Obispo CA 93405-   (805)543-4319

©2008 ExitCare, LLC          1/2          5/17/2008 10:28:12 AM

ExitCare® Patient Information - MANSE SULLIVAN - ID# 011028669 - MR# 000660947

.