Manse Sullivan
C-000425-9 / Unit MA-1
Coalinga State Hospital
P. O. Box 5003
Coalinga, California 93210



**CONFIDENTIAL LEGAL MAIL**

                                    Clerk of the Court
                                    United States District Court
                                    Northern District of California
                                    280 South First Street, Rm. 2112
                                    San Jose, CA 95113-3095