**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANSE SULLIVAN, | ) | No. C 07-03020 JW (PR) |
| Petitioner, | ) ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION |
| vs. | ) ) | |
| WARDEN, | ) ) | |
| Respondent. | ) ) ) | (Docket No. 9) |

Good cause appearing, petitioner's motion for an extension of time (Docket No. 9) to file an opposition to respondent's motion to dismiss is GRANTED. Petitioner shall file an opposition no later than **June 18, 2008**. Respondent shall file a reply **fifteen (15) days** after petitioner's opposition is filed.

This order terminates Docket No. 9.

DATED: June 4, 2008

*/s/ James Ware*
JAMES WARE
United States District Judge

Order Granting Motion for Ext. Of Time to File Opposition
P:\PRO-SE\SJ.JW\HC.07\Sullivan03020_eot-oppo.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MANSE SULLIVAN,

        Petitioner,

  v.

WARDEN,

        Respondent.
                            /

Case Number: CV07-03020 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  6/17/2008 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Manse Sullivan C-000425-9
Coalinga State Hospital
P. O. Box 5003
Coalinga, Ca 93210

Dated:  6/17/2008

                                        Richard W. Wieking, Clerk
                                    /s/By: Elizabeth Garcia, Deputy Clerk