Manse Sullivan
C-000425-9 / U
Coalinga State
P. O. Box 5003
Coalinga, California 93210

CONFIDENTIAL LEGAL MAIL

Clerk of the Court
United States District Court
Northern District of California
280 South First St., Rm 2112
San Jose, California 95113-3095



NEOPOST
$2.70
US POSTAGE
First-Class Mail
MAILED FROM 93210